UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff(s),

vs.

                                 Case No.  11-CR-20188

                                 HON. GEORGE CARAM STEEH

D-5 BERNARD THOMAS EDMOND,

              Defendant(s).

_____/

ORDER GRANTING  MOTION TO WITHDRAW [#48]
AND SETTING STATUS CONFERENCE HEARING


      A motion having been filed by appointed counsel, William R. Ford, to withdraw as

attorney for defendant and after holding a hearing on July 30, 2012, with the defendant's

concurrence, now therefore

      IT IS ORDERED  that William R. Ford's  Motion to Withdraw is HEREBY GRANTED

and defendant's request for substitute counsel is  GRANTED.  The Federal Defender Office

shall locate a panel attorney to represent the defendant.

      A status conference/hearing is hereby scheduled for   **August 30, 2012 at**

**10:00 AM.**


Dated:  July 30, 2012

                              s/George Caram Steeh_____
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
the Federal Defender Office on
July 30, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk